**Monty SATRIAWAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–71264.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Howard Robert Davis, Law Offices of Howard R. Davis, Santa Monica, CA, for Petitioner.

Nehal Kamani, Christopher McGreal, OIL, Aviva Poczter, Senior Litigation Counsel, DOJ–U.S. Department Of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Monty Satriawan, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo claims of due process violations, including ineffective assistance of counsel claims. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Satriawan's motion to reopen where he failed to establish that ineffective assistance of counsel may have affected the outcome of his case. *See Rojas–Garcia v. Ashcroft,* 339 F.3d 814, 826 (9th Cir.2003) (to prevail on an ineffective assistance of counsel claim a petitioner must demonstrate prejudice).

Satriawan's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

Circuit Judge N.R. SMITH dissents, based on the prejudice standard.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.